Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL *ANTHONY* GIAMMUSSO

    Plaintiff,

vs.

DIVERSIFIED CONSULTANTS, INC.,
a Foreign Corporation

    Defendants.

No. 2:18-cv-01191-RFB-NJK

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: September 17, 2018

MITCHELL D. GLINER, ESQ.

_/s/ Mitchell D. Gliner_

MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LINCOLN, GUSTAESON & CERCOS

_/s/ Shannon G. Splaine_

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 008241
3960 Howard Hughes Parkway, Ste. 200
Las Vegas, Nevada 89169
Attorney for Defendant

IT IS SO ORDERED this 15th day of October, 2018.

_/s/ Richard F. Boulware, II_

RICHARD F. BOULWARE, II
United States District Court